AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Florida _____

UNITED STATES OF AMERICA

V.

Burson Augustin

**WARRANT FOR ARREST**

Case Number:  2:13-cr-124-FtM-29DNF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Burson Augustin _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☒ Supervised Release Violation   ☒ Violation Notice

charging him with (brief description of offense)

See attached Petition.

RECEIVED U.S. MARSHAL
2013 SEP 19 PM 1:43
MIDDLE DIST. OF FLORIDA
FT. MYERS

FILED 2013 SEP 30 PM 3:27

Sheryl L. Loesch
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

R. M. Thom[signature]
Signature of Issuing Officer

9-19-13  Ft. Myers, Fl
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 9-19-13 | NAME AND TITLE OF ARRESTING OFFICER D. Andujar  DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 9/30/13 | | |