FILED by _____ D.C.

SEP 26 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| PROB 22 Rev. 2/88 | | DOCKET NUMBER (Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 06-20373-CR-LENARD |
| | | DOCKET NUMBER (Rec.Ct) |
| | | 2:13cr 124-FTM-29DNF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SOUTHERN / FLORIDA | DIVISION MIAMI |
|---|---|---|
| Burson Augustin<br>Middle District of Florida | NAME OF SENTENCING JUDGE | |
| | The Honorable Joan A. Lenard<br>United States District Judge | |
| SD/FL PACTS No. 89079 | DATES OF PROBATION SUPERVISED RELEASE | FROM 9/21/2012    TO 09/20/2022 |

OFFENSE: Count 1, Conspiracy to Provide Material Support to a Foreign Terrorist Organization; 18 U.S.C. §2339B and Count 2, Conspiracy to Provide Material Support to a Terrorist; 18 U.S.C. §2339A

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Florida upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/26/13
_____
Date

_____
The Honorable Joan A. Lenard
United States District Judge

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 9/30/13

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/29/13
_____
Effective Date

_____
John E. Steele
United States District Judge