UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 2:13-cr-124-FtM-29 DNF

UNITED STATES OF AMERICA,

v.

BURSON AUGUSTIN,

　　Defendant.

_____/

## REQUEST FOR CONCURRENT SENTENCE

**COMES NOW**, the defendant, BURSON AUGUSTIN, by and through his undersigned attorney and files his Request For Concurrent Sentence and states as follows:

1.  The defendant has pleaded guilty to violating his supervised release conditions.

2.  United States Sentencing Guideline §7B1.3(f) states that "any term of imprisonment imposed upon the revocation of probation or supervised release shall be ordered to be served consecutively . . ."    §7B1.3 it merely a policy statement of the Commission.  It is not an actual guideline.  Even if it were a guideline, the Supreme Court has made clear that the Guidelines are just one factor that the sentencing court should consider in fashioning a reasonable sentence.  Here, the Court has discretion to sentence the defendant to a concurrent sentence to Case No. 13-cr-123 for which the defendant shall be sentenced at the same date and time as the instant case.

3.   This Court has sentenced defendants to concurrent time for a violation of supervised release and a new substantive charge causing the violation.  See United States v. Jonathan Vance, 2:04-cr-3-FtM-29DNF.

The defendant is respectfully requesting that any sentence of imprisonment in the instant case be run concurrent to any sentence of imprisonment in Case No. 13-cr-123.

Respectfully submitted:

                                           ALLEN S. KAUFMAN, P.A.
                                           950 S. PINE ISLAND RD.
                                           SUITE A-150
                                           PLANTATION, FL 33324
                                           (954) 727-8165
                                           FAX (954) 727-8164

                    By: s/  Allen S. Kaufman
                                           ALLEN S. KAUFMAN
                                           FBN 301639

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on April 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                           BY:    s/ Allen S. Kaufman
                                           ALLEN S. KAUFMAN