## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs

BURSON AUGUSTIN

Case Number. 2:13-cr-124-FtM-29DNF

USM Number: 76734-004

Allen S. Kaufman, CJA
Suite A-150
950 S Pine Island Rd
Plantation, FL 33324

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to the following violation condition: One of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of the violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Knowingly Distribute a Quiantity of a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance | August 7, 2013 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

May 5, 2014

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

May ___7___, 2014

AO 245B (Rev. 4/09) Judgment in a Criminal Case

BURSON AUGUSTIN
2:13-cr-124-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 Months.

The Court makes the following recommendation as to incarceration:

**Incarceration in a facility close to home (Miami, FL).**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case

BURSON AUGUSTIN
2:13-cr-124-FtM-29DNF

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED

AO 245B (Rev. 4/09) Judgment in a Criminal Case